Horn Wright LLP

400 Garden City Plaza
Garden City, NY 11530
Tel: 516.355.9696
Fax: 516.355.9697
Direct Tel: 516.355.9667
Direct Fax: 516.740.2009
shp@hornwright.com

**Sheetal Paul**
Counsel

August 27, 2026

**VIA ECF ONLY**
Honorable Steven I. Locke
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

**Re:** ***Joshua Wilck v. County of Nassau, et al.***
Docket No.: 2:26-cv-02858 (SIL)

Dear Judge Locke:

Horn Wright, LLP represents Plaintiff Joshua Wilck ("Plaintiff") in connection with the above-referenced matter. In the Order dated July 27, 2026, the parties were directed to file a stipulation of dismissal or further status report by August 27, 2026. We write to respectfully notify the Court that the parties are still actively engaged in settlement discussions. Mr. Fernandez and Mr. Rozea have had multiple settlement discussions with Plaintiff, recently having made a counter demand to the County's most recent offer.

In light of these ongoing discussions, the parties respectfully request an additional three-week adjournment of the Initial Conference. This brief adjournment and stay would assist the parties in not incurring additional litigation expenses as well as having the Court not waste judicial resources.

Therefore, it is respectfully requested that the Court adjourn the Initial Conference to another date and time convenient to the Court.

Thanking the Court for its time and consideration, I remain

Respectfully,
**HORN WRIGHT, LLP**

By: /Sheetal Paul
Sheetal Paul