Horn Wright LLP

400 Garden City Plaza
Garden City, NY 11530
Tel: 516.355.9696
Fax: 516.355.9697
Direct Tel: 516.355.9667
Direct Fax: 516.740.2009
shp@hornwright.com

**Sheetal Paul**
Counsel

September 30, 2026

**VIA ECF ONLY**
Honorable Steven I. Locke
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

**Re.:** ***Joshua Wilck v. County of Nassau, et al.***
Docket No.: 2:26-cv-02858 (SIL)

Dear Judge Locke:

Horn Wright, LLP represents Plaintiff Joshua Wilck ("Plaintiff") in connection with the above-referenced matter. We write to respectfully notify the Court that the parties are still actively engaged in settlement discussions, and have scheduled a third meeting for October 1, 2026, to meet and discuss in person the instant case as well as various other matters also pending before this Court. The parties are hopeful that this matter can be resolved at the conclusion of our next meeting.

Therefore, the parties request an additional brief stay which will assist the parties in not incurring additional litigation expenses as well as having the Court not waste valuable judicial resources.

Therefore, it is respectfully requested that the Court stay all proceedings for a brief period of three weeks so as to allow the parties time to possibly settle this matter.

Thanking the Court for its time and consideration, I remain

Respectfully,
**HORN WRIGHT, LLP**

By: /Sheetal Paul
Sheetal Paul