Horn Wright LLP

400 Garden City Plaza
Garden City, NY 11530
Tel: 516.355.9696
Fax: 516.355.9697
Direct Tel: 516.355.9667
Direct Fax: 516.740.2009
shp@hornwright.com

**Sheetal Paul**
Counsel

October 20, 2026

**VIA ECF ONLY**
Honorable Steven I. Locke
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

**Re.:** ***Joshua Wilck v. County of Nassau, et al.***
Docket No.: 2:26-cv-02858 (SIL)

Dear Judge Locke:

Horn Wright, LLP represents Plaintiff Joshua Wilck ("Plaintiff") in connection with the above-referenced matter. The present application is a joint request.

We write to request a brief continuation of the stay requested on September 30, 2026. *DE12*. The parties have continued to engage in meaningful settlement discussions and have already settled a number of matters. On Thursday, October 8, 2026, Mr. Fernandez and Mr. Rozea conferenced the present matter as well as others for possible settlement. I can advise the Court that progress has been made and we are hopeful that this matter will also settle.

Therefore, we respectfully request a continuation of the stay which will allow the parties to continue their settlement discussions. At the Court's direction we can provide a further update within thirty (30) days.

Thanking the Court for its time and consideration, I remain

Respectfully,
**HORN WRIGHT, LLP**

By: /S Sheetal Paul
Sheetal Paul

cc: All parties (*via ECF only*)